UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Renee Chor**

V.                                        CIVIL ACTION NO. 09cv12161 DPW

**Redline Recovery Services, LLC**

### SETTLEMENT ORDER OF DISMISSAL

**WOODLOCK, D.J.**

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if settlement is not consummated.

**March 24, 2010**

/s/  Steve K. York
--------------------------
**Deputy Clerk**